

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 27, 2025

Creighton Reid Magid
Dorsey & Whitney LLP
Suite 900
1401 New York Avenue NW
Washington, DC 20005

**Re:  Darby Development Company, Inc. v. US
      Appeal No. 22-1929**

Dear Counsel:

The court invites a response from Appellants to the petition for rehearing en banc filed by Appellee in this matter.

Please file the response in accordance with Federal Circuit Rule 40 on or before February 10, 2025.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull

cc:    Nathaniel Yale